**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1567**

———————

JAMES G. GWALTNEY,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA; SECRETARY OF THE
NAVY; CHIEF OF NAVAL PERSONNEL; COMMANDER,
NAVAL MILITARY PERSONNEL COMMAND; JUDGE
ADVOCATE GENERAL OF THE NAVY; SECRETARY OF
DEFENSE, as superior officer over the
Secretary of the Navy,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CA-96-369-2)

———————

Submitted:  November 6, 1997         Decided:  November 19, 1997

———————

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

James G. Gwaltney, Appellant Pro Se.  Michael Anson Rhine, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia; Geoffrey M. Coan, UNITED STATES NAVY, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders granting the Defendants' motion for summary judgment based on <u>res</u> <u>judicata</u> and later denying his motion for reconsideration of that order. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Gwaltney v. United States</u>, No. CA-96-369-2 (E.D. Va. Nov. 13, 1996; Feb. 28, 1997). Appellant's motion for oral argument is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>